UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW J. CANNON** | **CIVIL ACTION** |
| **VERSUS** | |
| **OFFICER B. TAYLOR, ET AL.** | **NO.: 15-00621-BAJ-EWD** |

## RULING AND ORDER

On March 1, 2016, the Court dismissed Plaintiff's 42 USC § 1983 claims against Officer B. Taylor, Chief of Police David McDavid, and the City of Zachary. (Doc. 9). Because Plaintiff's only remaining claims were against unnamed defendants, the Court instructed Plaintiff to "properly identify the remaining defendants currently referred to as John Doe or his claims against them will be dismissed without prejudice pursuant to Rule 41(b)." (*Id*. at 5). The Court gave Plaintiff 60 days, or until April 30, 2016, to amend his complaint. (*Id*.). However, over 60 days have passed and Plaintiff has failed to amend his complaint or request an extension to do so.

Accordingly,

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the order (Doc. 9) issued by the undersigned on March 1, 2016.

Baton Rouge, Louisiana, this 3rd day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**